Argued November 20, affirmed November 20, 1970

## STATE OF OREGON, *Respondent*, (C-54106)
## *v.* HOMER CLAY, *Appellant.*
### 476 P2d 796

*Jack E. Collier*, Portland, argued the cause and filed the brief for appellant.

*James W. Durham*, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and BRANCHFIELD, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.